■ In the Matter of KATHLEEN PAOLO (Admitted as KATHLEEN MARCEL PAOLO), a Disbarred Attorney. [936 NYS2d 572]

Mastro, A.P.J., Rivera, Skelos, Dillon and Chambers, JJ., concur.